# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan Pelletier, | Case No. 2:21-cv-09322-JWH-DFM |
| Plaintiff, | |
| v. | **ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of FIVE THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($5,500.00) as authorized by 28 U.S.C. § 2412 and costs in the amount of FOUR HUNDRED dollars ($400.00) under 28 U.S.C. §1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: April 6, 2023

_____
HON. DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE